UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, et al.,<br><br>           Plaintiff(s),<br><br>vs.<br><br>CHRISTOPHER GREEN, et al.,<br><br>           Defendant(s). | Case No. 2:12-cv-01547-GMN-NJK<br><br>ORDER GRANTING MOTION TO SET EMERGENCY HEARING ON MOTION TO QUASH<br><br>(Docket No. 94) |

Pending before the Court is Defendant Lawton Hall's emergency motion for a hearing on his motion to quash. *See* Docket No. 94; *see also* Docket No. 93 (motion to quash, filed at 4:34 p.m. on November 6, 2013). The motion to quash relates to subpoenas requiring compliance by third-parties no later than November 11, 2013. The Court hereby GRANTS the emergency motion for a hearing and SETS the motion to quash for hearing for November 8, 2013 at 1:30 p.m. in Courtroom 3C.

To the extent Plaintiffs oppose the motion to quash, they must file a response no later than 4:00 p.m. on November 7, 2013. Any reply shall be filed by 10:00 a.m. on November 8, 2013.

IT IS SO ORDERED.

DATED: November 7, 2013, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge