**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PAWS UP RANCH, LLC, et al., | ) | Case No. 2:12-cv-01547-GMN-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| CHRISTOPHER GREEN, et al., | ) | |
| Defendant(s). | ) | (Docket No. 140) |

Pending before the Court is a motion to extend the discovery cutoff, filed on January 6, 2014. Docket No. 140. Any response in opposition shall be filed no later than January 13, 2014, and any reply shall be filed no later than January 17, 2014.

IT IS SO ORDERED.

DATED: January 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge