# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, et al., | Case No. 2:12-cv-01547-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER EXTENDING DEADLINE TO FILE REPLY TO MOTION TO COMPEL |
| CHRISTOPHER GREEN, et al., | |
| Defendant(s). | (Docket No. 115) |

On December 23, 2013, Defendant Lawton Hall filed a motion to compel. Docket No. 115. On January 9, 2014, Plaintiffs filed a response in opposition. Docket No. 144. On January 16, 2014, Plaintiffs filed a declaration in support of their response. Docket No. 157. Because that declaration is untimely, *see* Local Rule 7-2(b), the Court hereby EXTENDS Defendant's deadline to file a reply to January 27, 2014.[1]

IT IS SO ORDERED.

DATED: January 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Nothing in this order should be construed as precluding Defendant from arguing that the declaration should be stricken as untimely.