UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER GREEN, et al., ) <br> ) <br> Defendant(s). ) <br> _____) | Case No. 2:12-cv-01547-GMN-NJK <br><br> ORDER SETTING HEARING <br><br> (Docket Nos. 111, 115) |

Pending before the Court are Defendant Lawton Hall's motion to strike and motion to compel. Docket Nos. 111, 115. The Court hereby **SETS** those motions for hearing for April 2, 2014, at 3:30 p.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: March 19, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge