# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, et al., ) | |
|                 Plaintiff(s), ) | Case No. 2:12-cv-01547-GMN-NJK |
| vs. ) | ORDER GRANTING MOTION TO SERVE BY PUBLICATION |
| CHRISTOPHER GREEN, et al., ) | (Docket No. 233) |
|                 Defendant(s). ) | |

Pending before the Court is Plaintiffs' motion to serve the Second Amended Complaint on four Defendants by publication. Docket No. 233. The Court has previously granted requests to serve these Defendants by publication. Docket Nos. 76, 185, 218. For the same reasons, the Court GRANTS the pending motion. Plaintiffs shall complete that service and file an Affidavit of Publication, no later than January 5, 2015.

IT IS SO ORDERED.

DATED: November 6, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge