UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, et al.,<br>　　　　　Plaintiff(s),<br>vs.<br>CHRISTOPHER GREEN, et al.,<br>　　　　　Defendant(s). | Case No. 2:12-cv-01547-GMN-NJK<br>ORDER<br><br>(Docket No. 281) |

Pending before the Court is Plaintiffs' motion to extend time. Docket No. 281. The Court previously provided Plaintiffs with more than two months to effectuate service by publication on various Defendants. Docket No. 278. On the day of the previously ordered deadline, Plaintiffs argue that an extension is proper because they have "diligently" contacted various publications to provide that notice but cannot meet that deadline. *See* Docket No. 281 at 2. Noticeably absent from the motion is any detail concerning *when* such contact was made. *See id.* Plaintiffs' showing of good cause is not compelling. Nonetheless, as a one-time courtesy to Plaintiffs, the Court will **GRANT** the motion in part and extend to May 22, 2015, the deadline to complete service by publication.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

DATED: May 11, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge