UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, et al., ) | Case No. 2:12-cv-01547-GMN-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 294) |
| CHRISTOPHER GREEN, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is Plaintiffs' motion to reopen discovery. Docket No. 294. Defendants Christopher Green, Lawton Hall, Altium Development Group, LP and Altium Development Group, LLC filed responses in opposition. Docket Nos. 297-299. Plaintiffs filed three replies. Docket Nos. 301-303. A factor that featured prominently in the briefing on the motion to reopen discovery was the pendency of various motions to dismiss. On July 8, 2015, Chief United States District Judge Gloria M. Navarro ruled on the motions to dismiss. Docket No. 304. In light of the changed procedural posture, the Court hereby **DENIES** without prejudice the motion to reopen discovery.

The Court **ORDERS** the parties to confer regarding the motion, no later than July 15, 2015. Any renewed motion or stipulation to reopen discovery shall be filed no later than July 22, 2015.

IT IS SO ORDERED.

DATED: July 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge