JOSEPHINE BINETTI McPEAK, ESQ.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
E-mail: jmcpeak@mcdonaldcarano.com

*Attorneys for Altium Development Group, LP and Altium Development Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC; PAWS UP CATTLE COMPANY, LLC; PAWS UP FOUNDATION; PAWS UP LAND COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GREEN; LAWTON HALL; ALTIUM DEVELOPMENT GROUP, LP; GREENHALL CAPITAL, LLC; RIVERSIDE PREMIER DEVELOPMENT, LLC; LION SHARE CAPITAL, LLC; HAYMAN PRIVATE EQUITY; MASTER VISION GROUP USA, INC.; SOVREN MANAGEMENT, LLC; MOUNTAIN ATLANTIC LENDING INC.; COHEN COMMERCIAL EQUITY, LLC; EQUITY FINANCING, LTD; WORLDWIDE INVESTMENT, LLC; METROPOLITAN BANCORP; MKS, LLC; and DOES I THROUGH 10,<br><br>Defendants. | CASE NO. 2:12-cv-01547-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ALTIUM DEVELOPMENT GROUP, LP AND ALTIUM DEVELOPMENT GROUP, LLC TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT LAWTON HALL'S CROSS-CLAIM**<br><br>**(FIRST REQUEST)** |

Defendant Lawton Hall ("Hall") and Altium Development Group, LP and Altium Development Group, LLC (collectively, "Altium"), by and through their undersigned counsel, stipulate to entry of the proposed Order set forth below, extending the deadline for Altium to answer or otherwise respond to Hall's Cross-Claim from August 17, 2015 to August 24, 2015. In support of this request, the parties represent the following to the Court:

    1.    Hall filed his Answer to Second Amended Complaint and Cross-Claim on July 22, 2015 (ECF 308).

2. In order for Hall and Altium to engage in settlement negotiations, and in the alternative for Altium to have adequate opportunity to investigate and respond to the Cross-Claim, Hall and Altium stipulate that the deadline for Altium to answer or otherwise respond to the Cross-Claim should be extended one week to August 24, 2015, and they jointly request that the Court enter the following Order approving this Stipulation.

The undersigned represent that this Stipulation is not designed for purposes of delay, nor have they sought previous extensions of Altium's time to answer or otherwise respond to the Cross-Claim.

DATED this 3rd day of August, 2015.

McDONALD CARANO WILSON LLP

By: _____
Josephine Binetti McPeak (#7994)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Altium Development Group, LP and Altium Development Group, LLC*

DATED this 13 day of August 2015.

DENNETT WINSPEAR

By: /s/ Gina Wispear
Gina Winspear (#5552)
3301 N. Buffalo, Suite 195
Las Vegas, NV 89129
*Attorneys for Defendant Lawton Hall*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/24/2015

Submitted by:

McDONALD CARANO WILSON LLP

By: _____
Josephine Binetti McPeak (#7994)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Altium Development Group, LP and Altium Development Group, LLC*

339992

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 13th day of August, 2015, a true and correct copy of the forgoing **STIPULATION AND ORDER TO EXTEND TIME FOR ALTIUM DEVELOPMENT GROUP, LP AND ALTIUM DEVELOPMENT GROUP, LLC TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT LAWTON HALL'S CROSS-CLAIM (FIRST REQUEST)** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notifications.

*Cynthia Capps*
An employee of McDonald Carano Wilson LLP

3