1  JOSEPHINE BINETTI McPEAK, ESQ.
   Nevada Bar No. 007994
2  McDONALD CARANO WILSON LLP
   2300 W. Sahara Avenue, Suite 1200
3  Las Vegas, NV  89102
   Telephone:  (702).873.4100
4  Facsimile:  (702).873.9966
   E-mail:  jmcpeak@mcdonaldcarano.com
5
6  *Attorneys for Altium Development Group, LP and*
   *Altium Development Group, LLC*

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9  PAWS UP RANCH, LLC; PAWS UP CATTLE          CASE NO. 2:12-cv-01547-GMN-VCF
   COMPANY, LLC; PAWS UP FOUNDATION;
10 PAWS UP LAND COMPANY, LLC,

11              Plaintiffs,                     **STIPULATION AND ORDER TO EXTEND
                                                TIME FOR ALTIUM DEVELOPMENT
12 v.                                           GROUP, LP AND ALTIUM
                                                DEVELOPMENT GROUP, LLC TO
13 CHRISTOPHER GREEN; LAWTON HALL;              ANSWER OR OTHERWISE RESPOND TO
   ALTIUM DEVELOPMENT GROUP, LP;                DEFENDANT CHRISTOPHER GREEN'S
14 GREENHALL CAPITAL, LLC; RIVERSIDE            CROSS-CLAIM
   PREMIER DEVELOPMENT, LLC; LION
15 SHARE CAPITAL, LLC; HAYMAN PRIVATE           **(FIRST REQUEST)**
   EQUITY; MASTER VISION GROUP USA,
16 INC.; SOVREN MANAGEMENT, LLC;
   MOUNTAIN ATLANTIC LENDING INC.;
17 COHEN COMMERCIAL EQUITY, LLC;
   EQUITY FINANCING, LTD; WORLDWIDE
18 INVESTMENT, LLC; METROPOLITAN
   BANCORP; MKS, LLC; and DOES I
19 THROUGH 10,

20              Defendants.

21

22        Defendant Christopher Green ("Green") and Altium Development Group, LP and Altium

23 Development Group, LLC (collectively, "Altium"), by and through their undersigned counsel,

24 stipulate to entry of the proposed Order set forth below, extending the deadline for Altium to answer

25 or otherwise respond to Green's Cross-Claim from September 8, 2015 to September 22, 2015.  This

26 is the first extension request from Green and Altium.   In support of this request, the parties represent

27 the following to the Court:

28 . . .

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE • SUITE 1200 • LAS VEGAS, NEVADA
PHONE (702)873-4100 • FAX (702) 873-9966

1.   Green filed his Answer to Second Amended Complaint and Cross-Claim on August 13, 2015 (ECF 313).

2.   In order for Green and Altium to further engage in settlement negotiations, and in the alternative for Altium to have adequate opportunity to investigate and respond to the Cross-Claim, Green and Altium stipulate that the deadline for Altium to answer or otherwise respond to the Cross-Claim should be extended two weeks to September 22, 2015, and they jointly request that the Court enter the following Order approving this Stipulation.

The undersigned represent that this Stipulation is not designed for purposes of delay, nor have they sought previous extensions of Altium's time to answer or otherwise respond to the Cross-Claim.

DATED this 9th day of September, 2015.          DATED this 9th day of September, 2015.

McDONALD CARANO WILSON LLP                      MICHAEL B. LEE, P.C.

By: _____                  By: /s/ Michael B. Lee
    Josephine Binetti McPeak (#007994)              Michael B. Lee (#010122)
    2300 W. Sahara Avenue, Suite 1200               2000 S. Eastern Avenue
    Las Vegas, Nevada  89102                        Las Vegas, Nevada 89104
    *Attorneys for Altium Development Group, LP*        *Attorneys for Defendant Christopher Green*
    *and Altium Development Group, LLC*

**ORDER**

DATED this 10th day of September, 2015.

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:

McDONALD CARANO WILSON LLP

By: _____
    Josephine Binetti McPeak (#007994)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    *Attorneys for Altium Development Group, LP*
    *and Altium Development Group, LLC*

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE · SUITE 1200 · LAS VEGAS, NEVADA
PHONE (702)873-4100 · FAX (702) 873-9966

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE· SUITE 1200 · LAS VEGAS, NEVADA
PHONE (702)873-4100 · FAX (702) 873-9966

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the _9th_ day of September, 2015, a true and correct copy of the forgoing **STIPULATION AND ORDER TO EXTEND TIME FOR ALTIUM DEVELOPMENT GROUP, LP AND ALTIUM DEVELOPMENT GROUP, LLC TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT CHRISTOPHER GREEN'S CROSS-CLAIM (FIRST REQUEST)** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notifications.

An employee of McDonald Carano Wilson LLP

340736