# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, et al., | Case No. 2:12-cv-01547-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| CHRISTOPHER GREEN, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue various deadlines. Docket No. 328. The Court has endeavored on several occasions to explain to counsel in this case the requirements for seeking extensions of deadlines established by the scheduling order. *See* Docket Nos. 73, 75, 83. Nonetheless, the pending stipulation is deficient in many of the same ways, including that it was not filed in a timely manner and does not make any attempt to establish excusable neglect. *See* Local Rule 26-4. The pending stipulation also fails to identify in detail the discovery completed to date and the discovery that remains to be completed. *See* Local Rule 26-4(a), (b).

The Court hereby **ORDERS** that Michael Lee, Airene Williamson, Gene Backus, and Matthew Sarnoski must **READ** in their entirety the orders at Docket Nos. 73, 75, and 83, as well as Local Rule 26, and must file declarations indicating that they have done so no later than January 13, 2016. The Court further **ORDERS** the parties to file an amended stipulation that complies with Local Rule 26-4 no later than January 13, 2016. The parties are not permitted to incorporate by reference representations made in previous filings with the Court.

A hearing is hereby **SET** on the stipulation to extend for 9:30 a.m. on January 21, 2016, in Courtroom 3C.

IT IS SO ORDERED.

DATED: January 7, 2016

_____
Nancy J. Koppe
United States Magistrate Judge