**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAWS UP RANCH, LLC, et al., | ) |
| Plaintiff(s), | ) Case No. 2:12-cv-01547-GMN-NJK |
| v. | ) **ORDER** |
| CHRISTOPHER GREEN, et al., | ) |
| Defendant(s). | ) |

    Pending before the Court is a "Notice of Substitution and Withdrawal of Attorneys," filed by Plaintiffs. Docket No. 331. Because the Court is unable to discern the relief sought, a hearing is hereby **SET** on that notice for 9:30 a.m. on January 21, 2016, in Courtroom 3C.

    IT IS SO ORDERED.

    DATED: January 7, 2016

                                                                     Nancy J. Koppe
                                                                     United States Magistrate Judge