UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, et al., ) <br> ) <br> Plaintiff(s),                                    ) <br> ) <br> v.                                                      ) <br> ) <br> CHRISTOPHER GREEN, et al.,           ) <br> ) <br> Defendant(s).                                  ) <br> ) | Case No. 2:12-cv-01547-GMN-NJK <br><br> **ORDER** <br><br> (Docket No. 337) |

On January 7, 2016, the Court set hearings on both the parties' stipulation to enlarge time and Plaintiff's notice of substitution and withdrawal of attorneys. Docket Nos. 330, 332. That hearing is set for January 21, 2016. *See id.* On January 19, 2016, Plaintiff filed a motion for leave to appear telephonically, indicating that Plaintiff is located in Montana and Plaintiff's counsel will be attending a settlement conference in California. *See* Docket No. 337.

The Court finds insufficient cause to excuse Plaintiff's counsel from personal attendance at the hearing, especially since she waited until the eve of the hearing to inform the Court of an apparent conflict with an out-of-state commitment. Accordingly, with respect to the request for Plaintiff's counsel to appear telephonically, the motion is **DENIED**.

//

//

//

//

With respect to the request for Plaintiff itself to appear telephonically, the Court notes that it has not ordered Plaintiff to appear at the above hearings. Nor does it appear to the Court at this time that Plaintiff's appearance should be required. Accordingly, with respect to the request for Plaintiff to appear telephonically, the motion is **DENIED** as moot.

IT IS SO ORDERED.

DATED: January 20, 2016

_____
Nancy J. Koppe
United States Magistrate Judge