1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
9
**DISTRICT OF NEVADA**
10

| | |
|---|---|
| PAWS UP RANCH, LLC, et al., ) | Case No. 2:12-cv-01547-GMN-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHRISTOPHER GREEN, et al., ) | |
| ) | |
| Defendant(s). ) | |

16        Pending before the Court is a status report indicating that all remaining defendants have settled.
17 Docket No. 345.  Accordingly, the Court **VACATES** the settlement conference scheduled for August
18 30, 2016.  The parties shall submit dismissal paperwork no later than June 20, 2016.
19        IT IS SO ORDERED.
20        DATED: May 23, 2016
21
22
23                                      Nancy J. Koppe
                                        United States Magistrate Judge
24
25
26
27
28